

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Jamell Olmstead Malone

(Enter above the full name of the plaintiff or plaintiffs in this action)

FILED

OCT 1 7 2013

THOMAS G BRUTON
CLERK, U S DISTRICT COURT

vs.

Case No: 13C3900
(To be supplied by the Clerk of this Court)

CITY OF CHICAGO.
CHICAGO POLICE DEPT.

Judge DURKIN
Magistrate Judge Valdez.

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

**AMENDED COMPLAINT**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

______ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

______ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

**I. Plaintiff(s):**

A. Name: Jamell Olmstead Malone

B. List all aliases: ______

C. Prisoner identification number: ______

D. Place of present confinement: ______

E. Address: 5401 S. ELLIS APT 19 Chicago, IL 60615

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: CITY OF CHICAGO

Title: City (municipality)

Place of Employment: State of ILLINOIS

B. Defendant: CHICAGO POLICE DEPARTMENT

Title: Law Enforcement Agency

Place of Employment: CITY OF CHICAGO

C. Defendant: "OFFICER FOGGERY", "OFFICER CAMPBELL"

Title: ______

Place of Employment: ______

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: ______

B. Approximate date of filing lawsuit: 7/9/13

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: COOK COUNTY and COOK COUNTY SHERIFFS DEPARTMENT

D. List all defendants: Sgt. Cintron | others

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

F. Name of judge to whom case was assigned: Judge Korcocas

G. Basic claim made: Civil Rights ~~TITLE~~ TITLE 42. Section 1983. Constitutional violation of 1st, 4th, 5th, 6th, 7th, 8th, 9th, and 10th Admendment.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Just Cook County DISPLINARY REPORT

I. Approximate date of disposition: ——

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**IV. Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

THE CITY OF CHICAGO" is the municipality that is IN charge of its law enforcement agency "CHICAGO POLICE DEPARTMENT". Therefore, with naming the "CITY OF CHICAGO" as additional plaintiff, then all parties is named is suit, since the "CPD" is not a suable entity. More than one officer of CPD violated my Constitutional Rights. My Fourth and Eighth Constitutional Rights of the U.S. Constitution Admendment. I was Falsely imprisoned with my property driven without consent by CPD "OFFICER CAMPBELL" and "OFFICER FOGGERTY" who negligently served the stop as a "Terry stop" which was no occurence. OFFICERS other than these Failed to protect, I, Jamell Olmstead Malone, a U.S. citizen, of rights. Title 42 section 1983.

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like a remedy of monetary value and disciplinary action taken.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 17 day of 10, 2013

Jamell O. Malone.
(Signature of plaintiff or plaintiffs)

Jamell O. Malone
(Print name)

(I.D. Number)

5401 S Ellis Apt 19.
Chicago, IL 60615
(Address)